## Commonwealth *v.* Boulware, Appellant.

Submitted March 17, 1975.

*Stanley Bashman,* and *Bashman, Deutsch & Bernstein,* for appellant; *Glenn S. Gitomer, Mark Sendrow,* and *Steven H. Goldblatt,* Assistant District Attorneys, *Abraham J. Gafni,* Deputy District Attorney, and *F. Emmett Fitzpatrick,* District Attorney, for Commonwealth, appellee.

Order affirmed.